**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rosemary Stewart,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>First Capital Lending, Inc. et al.,<br><br>　　　　Defendants. | No. CV-10-791-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 115.)

Accordingly,

**IT IS HEREBY ORDERED DISMISSING WITH PREJUDICE** any and all claims with all parties to bear their respective costs and attorney's fees.

DATED this 21st day of September, 2012.

_____
Stephen M. McNamee
Senior United States District Judge